IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NUMBER:4:13- mj - 133 ( MSH ) |
| v. | : |
| DREW JOHNSON | : |

THE UNITED STATES ATTORNEY CHARGES:

### CRIMINAL COMPLAINT

### COUNT ONE

That between September 3, 2013, and September 10, 2013, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this court,

**DREW JOHNSON,**

defendant herein, did knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a felony under any applicable State law, to wit: Official Code of Georgia Annotated 16-9-93(c)(computer invasion of privacy); all in violation of Title 18, United States Code, Section 1028(7).

MICHAEL MOORE
UNITED STATES ATTORNEY

By: _____
Melvin E. Hyde, Jr.
Assistant United States Attorney