## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 4:13-CR- 43 -CDL** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 1028(a)(7) |
| **DREW JOHNSON,** | : | 18 U.S.C. § 1512(b)(2)(B) |
| | : | |
| **Defendant.** | : | |
| | : | **<u>INDICTMENT</u>** |

**THE GRAND JURY CHARGES:**

### <u>COUNT ONE</u>

### (Unlawful Transfer, Possession, or Use of a Means of Identification)

That between on or about September 3, 2013, and September 10, 2013, in the Columbus

Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### DREW JOHNSON,

defendant herein, did knowingly transfer, possess, or use in or affecting interstate commerce,

without lawful authority, a means of identification of another person, to wit:  names, social

security numbers, and dates of birth, with the intent to commit, or to aid and abet, or in

connection with, any unlawful activity that constitutes a felony under any applicable State law, to

wit:  Computer Invasion of Privacy, in violation of Official Code of Georgia Annotated § 19-9-

93(c); and the offense involved the transfer of an identification document that is or appears to be

an identification document or authentication feature issued by or under the authority of the

United States; all in violation of Title 18, United States Code, § 1028(a)(7).

## COUNT TWO

### (Unlawful Attempt to Tamper with Evidence)

That on or about October 16, 2013, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

### DREW JOHNSON,

defendant herein, did knowingly attempt to corruptly persuade "S. M.," whose true name is known to the Grand Jury, by asking S. M. to conceal a computer with the intent of causing and inducing S.M. to conceal said computer, with the intent to impair the computer's integrity and availability for use in an official proceeding, to wit: criminal proceeding in the Columbus Division of the Middle District of Georgia; all in violation of Title 18, United States Code, Section 1512(b)(2)(B).

A TRUE BILL.

***s/Foreperson of the Grand Jury***
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

*Melvin E. Hyde, Jr.*
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 13th day of November , AD 2013.

Deputy Clerk