IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 4:13-cr-43-CDL-AGH |
| DREW JOHNSON, | : |
| Defendant. | : |

### ORDER MEMORIALIZING HEARING

On February 7, 2025, Defendant moved for a hearing under 28 U.S.C. § 3202(d) (ECF No. 94). On March 27, 2025, the Court held the § 3202(d) hearing at which Defendant proceeded *pro se* and primarily attacked the validity of the underlying restitution judgment. *See* Am. J., Mar. 8, 2016, ECF No. 62. The Court advised Defendant that the validity of the restitution judgment could not be addressed at a hearing under § 3202(d)(1) or (2). After being informed of the two issues which could be addressed at the hearing, Defendant stated that he did not wish to assert claims arising under either relevant provision. Having no issues upon which it could act, the Court adjourned.

**SO ORDERED**, this 28th day of March, 2025.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE